Lisa Faye Petak (CA 300914)
lpetak@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA  93101
Phone (805) 456-1496, Fax (805) 456-1497

Mark A. Griffin (WSBA 16296)
mgriffin@kellerrohrback.com
Laura R. Gerber (WSBA 34981)
lgerber@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900, Fax (206) 623-3384

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RUDY REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPAY, INC.; SECURUS TECHNOLOGIES, INC.; PRAXELL INC.; AND SUNRISE BANKS NATIONAL ASSOCIATION,<br><br>Defendants. | No. 2:18-cv-00315-R-MRW<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [Declarations of Mark A. Griffin, Sabarish Neelakanta, and Joe Rudy Reyes with Exhibits; [Proposed] Order filed consecutively]**<br><br>**The Honorable Manuel Real<br>Date:  June 4, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 880, 8th Floor** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL - 1

**PLEASE TAKE NOTICE** that on June 4, 2018, or as soon thereafter as this matter may be heard in the courtroom of the Honorable Manuel L. Real, located in the United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Joe Rudy Reyes ("Plaintiff") hereby moves this Court for an order to certify the following Class under Rules 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure:

> All persons who, from applicable statutes of limitation through the present, upon their release from a California Department of Corrections and Rehabilitation facility, were given the balance of their inmate trust account and/or all or a portion of the funds owed to them under Cal. Penal Code § 2713.1 on a "JPay Progress Card," as issued and/or serviced by JPay, Inc., Praxell, Inc., and Sunrise Bank National Association.

Plaintiff also moves this Court for an order to certify the following Subclass under Rules 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure:

> All persons who, from applicable statutes of limitation through the present, upon their release from a California Department of Corrections and Rehabilitation facility, were given all or a portion of the funds owed to them under Cal. Penal Code § 2713.1 on a "JPay Progress Card," as issued and/or serviced by JPay, Inc., Praxell, Inc., and Sunrise Bank National Association.

Furthermore, Plaintiff moves to have the Plaintiff's Counsel identified in the above caption to be appointed as Class Counsel under Rule 23(g) of the Federal Rules of Civil Procedure.

This motion is based on this Notice of Motion and Motion for Class Certification, the attached Memorandum of Points and Authorities in Support of Motion, the Declaration of Mark A. Griffin and its attached exhibits, the Declaration of Sabarish Neelakanta, the Declaration of Joe Rudy Reyes, all other pleadings and papers on file in this action, and such argument as the Court may hear.

This motion is made following the conference of counsel pursuant to L.R. 7-3. Counsel for the parties met and conferred on March 20, 2018.

DATED this 26th day of April, 2018.

**KELLER ROHRBACK L.L.P**.

By *s/Lisa Faye Petak*
    Lisa Faye Petak (CA 300914)
    lpetak@kellerrohrback.com
    801 Garden Street, Suite 301
    Santa Barbara, CA  93101
    Phone: (805) 456-1496
    Fax (805) 456-1497

**KELLER ROHRBACK L.L.P**.
Mark A. Griffin (*Pro Hac Vice)*
mgriffin@kellerrohrback.com
Laura R. Gerber (*Pro Hac Vice)*
lgerber@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax (206) 623-3384

**THE HUMAN RIGHTS DEFENSE CENTER**
Sabarish Neelakanta (*Pro Hac Vice Pending)*
sneelakanta@humanrightsdefensecenter.org
Daniel Marshall (*Pro Hac Vice Pending*)
dmarshall@humanrightsdefensecenter.org
Masimba Mutamba (*Pro Hac Vice Pending*)
mmutamba@humanrightsdefensecenter.org
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
Facsimile: (866) 228-1681

*Attorneys for Plaintiff and The Class*