Lisa Faye Petak (CA 300914)
lpetak@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA  93101
Phone (805) 456-1496, Fax (805) 456-1497

Mark A. Griffin (WSBA 16296)
mgriffin@kellerrohrback.com
Laura R. Gerber (WSBA 34981)
lgerber@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900, Fax (206) 623-3384

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE RUDY REYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPAY, INC.; SUNRISE BANKS NATIONAL ASSOCIATION; AND PRAXELL, INC.,<br><br>Defendants. | No. 2:18-cv-00315-R-MRW<br><br>**DECLARATION OF SABARISH NEELAKANTA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Sabarish Neelakanta, hereby declare as follows:

1. I am the General Counsel and Litigation Director for the Human Rights Defense Center ("HRDC") and one of the attorneys for Plaintiff Joe Rudy Reyes in this

case. I am a member of the bar of the State of Florida. I am admitted *pro hac vice* in this case and I am competent to testify to the matters stated herein. I submit this declaration in support of Plaintiff's Motion for Class Certification.

2. I am knowledgeable of the experience of the attorneys representing Plaintiff Reyes in handling cases of this type.

3. Plaintiff Reyes is represented by myself, and HRDC staff attorneys Daniel Marshall and Masimba Mutamba, along with co-counsel, Mark Griffin, Laura Gerber, and Lisa Faye Petak with the law firm of Keller Rohrback.[1]

4. HRDC is a non-profit organization incorporated in the State of Washington, with its principal office located in the State of Florida. HRDC was founded in 1990, and advocates on behalf of prisoners held in correctional facilities across the United States through publishing, advocacy and litigation.

5. HRDC's publishing project distributes over 50 books concerning matters of interest to prisoners, their families, and individuals interested in criminal justice matters, including publishing two monthly magazines, *Criminal Legal News* which focuses on policing and criminal law matters, as well as *Prison Legal News*, ("PLN") which addresses prison-related issues and litigation. PLN's website, www.prisonlegalnews.org, is the largest online resource for prison and jail news and

---

[1] Additional facts concerning the experience of the law firm Keller Rohrback in handling complex cases of this type are set forth in the Declaration of Mark Griffin submitted herewith.

case law; it includes a searchable database with over 18,000 articles and 13,000 court rulings, plus a library of more than 5,600 publications and a brief bank with 7,500 pleadings. Our site receives over 100,000 visitors a month and is frequently used as a source of information by journalists, criminal justice activists, and attorneys.

6. In addition to HRDC's print and online publications, it has engaged in extensive advocacy efforts involving the media, lawmakers, and government agencies. HRDC is often invited to speak on the topic of prisoners' rights at conferences, conventions, and law schools, and participates in dozens of media interviews each year to provide background information on prison, jail, and criminal justice issues to journalists and researchers. HRDC has also testified before the U.S. Congress and state legislatures on prison-related topics and has submitted comments to numerous public agencies including the Federal Communications Commission, the National Prison Rape Elimination Commission, the Civil Rights Commission, the U.S. Department of Justice, and the Consumer Financial Protection Bureau.

7. HRDC's litigation project has been involved in prisoner rights cases across the United States as lead and co-counsel on issues ranging from consumer class actions and public records litigation to wrongful death and prison conditions cases. Accordingly, the attorneys at HRDC have extensive experience litigating federal court actions against state and federal correctional facilities, government officials, and private actors and have developed specific expertise on issues related to the operation of

prisons and jails, as well as the current scope of litigation concerning the rights of prisoners. HRDC also files *amicus curiae* briefs at both the Circuit court and U.S. Supreme Court in other important cases that have a potential to affect prisoners, their families and the rest of society (*i.e.* police misconduct, medical care, immunity issues, etc.). The following is a list of some of the representative cases HRDC has been involved: *Prison Legal News v. Lehman*, 397 F.3d 692 (9th Cir. 2005); *Prison Legal News v. Washington State Dep't of Corrs.*, No. 0:2000-cv-35095 (9th Cir. 2001); *Prison Legal News v. Cook*, 238 F.3d 1145 (9th Cir. 2001); *Prison Legal News v. Simmons* (*sub nom Jacklovich*), 392 F.3d 420 (10th Cir. 2004); *Prison Legal News v. Schwarzenegger*, 561 F. Supp. 2d 1095 (N.D. Cal. 2008); *Pope v. E.Z. Card & Kiosk*, No. 9:15-cv-80628 (S.D. Fla. 2015)*; Nunuha v. Corrs. Corp. of America*, 1:12-cv-00147 (D. Haw. 2012)*; Prison Legal News v. Bureau of Prisons*, 1:14-cv-00683 (D.D.C. 2014); *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C 2006).

8. A summary of the qualifications of HRDC attorneys, including myself, is noted below:

A. I have continuously practiced law full time since being admitted to the Florida Bar in 2006, first as a public defender focusing on indigent criminal defense, then and as a private attorney at both a large firm and in solo practice. I am also admitted to the following federal courts: U.S. District Courts for the Southern and Northern Districts of Florida, the District of Columbia, the Eastern District of Michigan,

the Central District of Illinois, the District of New Mexico, the U.S. Court of Appeals for the Eleventh and Ninth Circuit, and the U.S. Supreme Court. During this time, I have litigated more than 50 jury trials and dozens of appeals in state and federal courts throughout the United States in both civil and criminal matters. While at HRDC, I have been lead counsel on civil rights cases in federal courts in over 15 states concerning the rights of prisoners or corrections. I have also been a speaker at several different law schools on the topic of the First and Fourteenth Amendment rights of prisoners and their correspondents and have presented at CLEs concerning prisoner rights litigation. I am an active member of the Trial and Public Interest Lawyers Section of the Florida Bar and the National Police Accountability Project of the National Lawyers Guild. I also sit on the advisory board for the Prison Ecology Project, which seeks to investigate the ways in which mass incarceration degrades the natural environment and the human health of those inside or nearby prisons and jails. I received my B.A. (1999) from Florida Atlantic University; M.A. (2001) from the George Washington University; and my J.D. from Nova Southeastern University (2006).

 B. Masimba Mutamba is a Staff Attorney for the Human Rights Defense Center, where he has worked since January 2017. Mr. Mutamba has continuously practiced law full time since being admitted to the Florida Bar in 2012. Mr. Mutamba is a graduate of the University of Miami Law School, where he was an associate editor of the University of Miami International & Comparative Law Review. Mr. Mutamba

subsequently earned an L.L.M. Degree with Distinction in International Law from the University of Glasgow, Scotland. Prior to joining HRDC, Masimba litigated complex real estate cases on behalf of Fortune 500 financial institutions and a nationwide mortgage servicer. He has handled matters in various state and federal courts and at both the trial and appellate level. Further, Mr. Mutamba represented individuals against municipal police departments in civil rights actions and represented the rights of a student in an administrative proceeding against a school board under the Individuals with Disabilities Education Act (IDEA) and the Americans with Disabilities Act (ADA). More recently, he worked at a full-service immigration law firm representing clients across the country in lawsuits against the U.S. Department of Homeland Security (DHS) and its attendant immigration agencies, the U.S. Citizenship and Immigration Service (USCIS), and the U.S. Immigration and Customs Enforcement (ICE).

  C. Daniel Marshall has been a Staff Attorney for HRDC since March 2017, and has continuously practiced law since 2002 when he was admitted to the Florida Bar. Mr. Marshall is Board Certified in Criminal Trial Law—a distinction held by only 7% of all Florida Bar members.  After earning his J.D. degree from the University of Connecticut School of Law, Mr. Marshall worked at the Office of the Public Defender in West Palm Beach, Florida for nearly nine years handling felonies, misdemeanors, juvenile delinquency, and appellate cases. He was the Division Chief of a felony division for several years before becoming the County Court Resource Director, in

charge of training more than two dozen new attorneys in the office. After leaving the Public Defender's Office, Mr. Marshall went into private practice focusing on criminal defense and civil litigation. He is also a member of the Florida Association of Criminal Defense Lawyers and the National Police Accountability Project.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 26th day of April 2018, at Santa Ana, California.

/s/ Sabarish Neelakanta
Sabarish Neelakanta