Lisa Faye Petak (CA 300914)
lpetak@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Phone (805) 456-1496, Fax (805) 456-1497

Mark A. Griffin (WSBA 16296)
mgriffin@kellerrohrback.com
Laura R. Gerber (WSBA 34981)
lgerber@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900, Fax (206) 623-3384

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JOE RUDY REYES, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JPAY, INC.; SUNRISE BANKS NATIONAL ASSOCIATION; AND PRAXELL INC.,

Defendants.

No. 2:18-cv-00315-R-MRW

**DECLARATION OF JOE RUDY REYES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Joe Rudy Reyes, hereby declare as follows:

1. I am the Plaintiff in this case, I am over the age of 18 and competent to testify in support of Plaintiff's Motion for Class Certification. I have personal

knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I was released from High Desert State Prison in Susanville, California on January 16, 2017, after serving nearly thirty years in the California corrections system.

3. At the time of my release, I was told to sign a release form.

4. The release form I signed stated that I would receive $424.20—$200 in gate money, and $224.20 reflecting the remaining balance in my inmate trust account.

5. Upon my release, I was given the JPay Card with a balance of $424.20 by a CDCR officer.

6. I did not apply for the JPay Card; I was not given the choice to receive my money in cash or as a check.

7. I was not given any other alternative means of accepting my gate money, and if I wished to receive this state benefit, I had to accept and use the JPay Card.

8. Shortly after I received my JPay Card, I could no longer make any transactions. I called the customer service number on the back of my JPay Card and was told by a Praxell customer service representative that my account had been frozen due to suspicious activity.

9. After months of trying to regain access to my account, I filed this lawsuit.

10. In March 2018, a few months after filing this lawsuit, I received a call from my parole agent telling me that I needed to pick up a check issued to me by the California Department of Corrections and Rehabilitation ("CDCR").

11. On April 9, 2018, I picked up a check from my parole agent in the amount of $71.19. I have not cashed this check.

12. Over the course of my time in the California correctional system I reformed not just my life, but I also worked to reform the lives of other inmates as well. I earned my Associate's Degree in social work, and I worked to improve the prison's policies concerning the treatment of disabled inmates. I was also elected Chairman of the Inmate Advisory Council, where I served as an intermediary between prison officials and the prison population.

13. Since my release in January 2017, I have continued my work to develop rehabilitation programs within CDCR and in the surrounding Los Angeles area. In connection with these efforts, I work with former gang members as part of Criminal Gang Members Anonymous and I am involved with the Anti-Recidivism Coalition. As part of this work, I speak with the Warden of the High Desert Prison frequently.

14. Prior to retaining the Human Rights Defense Center and Keller Rohrback L.L.P. as my counsel, I familiarized myself with the duties of a class representative in a class action.

15. Before the Complaint was filed, I reviewed a draft of the Complaint and authorized its filing, on behalf of myself and on behalf of a class of other released inmates who also received JPay Cards when they were released from incarceration.

16. I understand that this is a class action lawsuit against JPay and the other defendants.

17. I have remained in consistent contact with my counsel in this matter, and I recently prepared a declaration in support of Plaintiff's Opposition to Defendants' Joint Motion to Compel Arbitration.

18. I do not have a direct or personal relationship with any of the Defendants in this lawsuit, and do not currently have any claims against the Defendants besides those raised in this lawsuit.

19. I have volunteered to represent all others inmates who received JPay Cards because I believe it is important that all released inmates who received JPay Cards benefit from the lawsuit.

20. I understand that if I am appointed as a class representative by the Court in the present proceeding that it will be my obligation to represent the interests of all members of the class. As such, I understand that I will have a duty to consider the interests of the class just as I would consider my own interests, to participate actively in the lawsuit, and to recognize and accept that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval and will be in the best interests of the class as a whole.

21. I understand that as a class representative, my role is to put the interests of the class before my own self interests. I accept and intend to abide by this responsibility.

22. If appointed as a class representative in this proceeding, I will fulfill my duties as a class representative to the best of my abilities. I have conferred with counsel

and I will continue to actively participate in the litigation, to keep in regular contact with counsel and to make every effort to provide counsel and the Court with all relevant facts of which I am aware. I keep informed regarding the status and progress of the litigation and I have reviewed documents and court filings related to the case. I participate in case strategy and decision-making with my lawyers and I am aware that the attorneys I have retained in this lawsuit have considerable experience in class action litigation and human rights.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 25th day of April, 2018, at Culver City, California.

Joe Rudy Reyes