Lisa Faye Petak (CA 300914)
lpetak@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Phone (805) 456-1496, Fax (805) 456-1497

Mark A. Griffin (WSBA 16296)
mgriffin@kellerrohrback.com
Laura R. Gerber (WSBA 34981)
lgerber@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900, Fax (206) 623-3384

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE RUDY REYES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>JPAY, INC.; SUNRISE BANKS NATIONAL ASSOCIATION; AND PRAXELL INC.,<br><br>                    Defendants. | No. 2:18-cv-00315-R-MRW<br><br>**DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Mark A. Griffin, hereby declare as follows:

1.    I am a partner at the law firm of Keller Rohrback L.L.P. ("Keller Rohrback") and one of the attorneys for Plaintiff Joe Rudy Reyes in this case. I am a

member of the bar of the State of Washington. I am admitted *pro hac vice* in this case and I am competent to testify to the matters stated herein. I submit this declaration in support of Plaintiff's Motion for Class Certification.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document dated August 26, 2014 from William Bramer, Associate Director Accounting Services to Fiscal System and Consulting Unit RE: REQUEST TO ESTABLISH A PERMANENT ADVANCE WITH JPAY.  This document was produced to Plaintiff by the California Department of Corrections and Rehabilitation (the "CDCR") in response to a public records disclosure request.

3.      Attached hereto as **Exhibit 2** are true and correct copies of: (1) Standard Agreement No. 5600004813 between California Department of Corrections and Rehabilitation ("CDCR") and JPay Inc. with a term of July 30, 2014 through June 30, 2015; (2) Amendment No. 1 to Agreement No. 560004813 between CDCR and JPay Inc. extending the agreement to June 30, 2016; (3) Amendment No. 2 to Agreement No. 5600004813 between CDCR and JPay Inc. extending the agreement to June 30, 2017; and (4) Agreement No. C5607126 between CDCR and JPay Inc. with a term of July 1, 2017 through June 30, 2020 (collectively the "CDCR Contract.").  These documents were produced to Plaintiff by the CDCR in response to a public records disclosure request.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of "California

Department of Corrections and Rehabilitation Offender Data Points, Offender Demographics for the 24-month period ending December 2016," available at https://www.cdcr.ca.gov/Reports_Research/docs/Data_Points_Dec_2016.pdf (last visited Apr. 20, 2018).

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document titled "RAO-BAKERSFIELD DEBIT CARD PROCEDURES."  This document was produced to Plaintiff by the CDCR in response to a public records disclosure request.

6.      A true and correct copy of Keller Rohrback's firm résumé is attached hereto as **Exhibit 5**.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a document titled "California Department of Corrections and Rehabilitation Financial Information Memo, Subject: Inmate Release Debit Card and Desk Procedures."  This document was produced to Plaintiff by the CDCR in response to a public records disclosure request.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 26th day of April, 2018 at Seattle, Washington.

*s/Mark A. Griffin*
Mark A. Griffin