# EXHIBIT 1

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                              EDMUND G. BROWN JR., GOVERNOR

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**REGIONAL ACCOUNTING OFFICE, BAKERSFIELD**

5016 California Avenue, Suite 200
P.O. Box 12050
Bakersfield, CA 93389



August 26, 2014

Fiscal Systems and Consulting Unit
Department of Finance
915 L. Street
Sacramento, CA  95814

RE: **REQUEST TO ESTABLISH A PERMANENT ADVANCE WITH JPAY**

The California Department of Corrections and Rehabilitation (CDCR) is requesting approval for a permanent expense advance with JPay for the purpose of issuing funds via a MasterCard branded debit card to paroling inmates. This vendor currently provides this service to correctional facilities in 12 other states.

CDCR has entered into a contract with JPAY to pilot debit card services for paroling inmates at no cost to the state at a limited number of institutions. The purpose of the debit card is to provide paroling inmates with a Release Allowance per California Code of Regulations, Title 15, Division 3, section 3075.2(d) and the balance of their personal funds from their Trust Accounts. These funds are currently issued by either cash or check. The current cash funds (up to $30,000 per institution) will be removed from the pilot institutions and replaced by this debit card process.

Funds are disbursed seven days per week as inmates are required by law to be released after serving the requisite sentence. Due to the direct and indirect costs for issuing cash and checks, and the difficulty paroled inmates have with cashing checks, CDCR has determined this will be an effective, secure and cost efficient method of providing funds to paroled inmates. Upon successful testing and approving of the pilot, this process will be expanded to all CDCR adult institutions, conservation camps, parole offices, and community custody and re-entry facilities.

We are seeking approval for a permanent advance from the Office Revolving Fund up to $375,000.00 for this purpose. This figure is three times the average weekly disbursements for release funds (based on FY 2012 figures). This amount will allow for weekly submittal of reimbursement claims. The initial advance would be less than this figure, based on the pilot facilities weekly average releases. The amounts that would be loaded on the debit cards will come from the permanent advance. Weekly, we intend to replenish the vendor (JPAY) amounts corresponding to the total actual monies put on the debit cards.

Please let us know what additional information is necessary to obtain approval for this advance. Included is a copy of the contract with JPay and an expenditure analysis/report to support this request. Please contact Elvira Melendres at (909) 483-1554 or Walter Mazza at (661) 334-3708 if you have any questions.

WILLIAM BRAMER
Associate Director
Accounting Services

Enclosure

cc:    E. Melendres, Accounting Administrator III
       W. Mazza, Accounting Administrator II