# EXHIBIT 4

# RAO-BAKERSFIELD
# DEBIT CARD PROCEDURES

- Obtain the Debit Card Control Log:

  - General
  - Debit Card
  - Debit Card Issuance and Bulk Inventory
  - Open the RAO tab; type the institution's initials and print the form.

The RAO Administrator will provide the stock numbers for the inventory received. As cards are activated, it will be logged on the Debit Card Control Log. When **one-third** of the stock is left, contact the Administrator to request that an order be placed. Request enough Debit Cards to bring the number back up to a 3-month supply. When a new order is received complete a new Log.

---

The Debit Card dollar limit is $2,500 ($200 reserved for State Allowance and a maximum of $2,300 for Trust Funds).



Do not issue Debit Cards to parolees that **are released to a Hold, are released to a State Hospital or have Trust funds only.** The releasing institution and/or the RAO will issue a check. Write "No Card Issued" on the CDCR102 and Inmate Release Listing.

The following documents will be received from the institution in advance via the Parole Ebox email:

- CDCR 102
- Inmate Release Listing Control Log (see sample)
- Inmate Withdrawal Listing (if Trust Funds included)

1. Verify that the CDCR 102, Release Listing and Trust Withdrawal information matches. **Verify that the amounts match on each document.** Put the Trust Withdrawal Listing behind the last CDCR 102 that has Trust Funds.

2. Log on Debit Card Control Log (see sample). Date – today's date

3. Record the next available RPID# from the Debit Card Control Log on the Inmate Release Listing and on the CDCR 102 at the State amount and Trust amount, if applicable.

4. **Activate the Card:**

   a) Log into the JPay website - https://facility.jpay.com/Login.aspx
   b) Login Details: Customer Username (first name, period, last name-no spaces); Pin Code- 1234; Password-initially it is Password, change password. Click on Log-in.
   c) Release Cards
   d) Activate Cards by RPID

**Debit Card Procedures**
**Page 2**

    e) RP ID:                      Enter RPID # on CDCR 102
    f) Inmate ID:               CDCR # *use Caps*
    g) Enter. The inmate information will appear. Verify the inmate's name and CDCR#. Put a check mark on the CDCR 102 at the inmate's name and CDCR# to indicate that it was checked. If the name and CDCR# does not match due to transposition of a letter or number, change the information on the CDCR 102 to match JPay and inform the institution of the change. If major discrepancy, e.g. JPay has last name of Lopez and the CDCR 102 has Gonzalez; contact the institution and verify the information.
    h) **The Date of Birth (DOB) field will default to 1/1/1753. Click on Calendar and change the month, year and then the day to the inmate's DOB that listed on the CDCR 102. Enter the DOB as it is listed on the CDCR 102, do not change.**
    i) Funding Amount:        Trust Amount (if no Trust Funds, leave blank)
    j) Issue Release Allowance:  State Gate Funds
    k) Preview
    l) Verify the information. Can click on Back to make corrections before activating the card.
    m) Activate Card. Once activated, you cannot change the DOB. To change the DOB, the card has to be voided. If RPID has already been activated **STOP**. See steps in Note section.
    n) If activating more than one card, click on **Load A New Card** and repeat steps e – m.

5. Give the Debit Card Control Log and all documents to your supervisor for approval.

6. Once returned, send an email to the institution parole custodian informing them of all cards activated, – Subject: Debit Card Activated; Text: Copy and paste the bank report. If add-on's, send additional email. Send the email as a reply back from the original email request.

   Bank Report:

   - Release Cards
   - Bank Report
   - From Date
   - To Date
   - Facility: by institution or ALL
   - Generate
   - Activation Report
   - Export to Excel or Copy and Paste to email

7. Staple documents by date and file in binder.

8. The institution will send the Document Transmittal form, original CDCR 102, CDCR 102 Release Statement Adjustment Form (if applicable), Inmate Release Listing and Trust Withdrawal Listings along with a copy of the Trust check on a weekly basis.

- Document Transmittal – Verify the beginning RPID number is in sequence with the last RPID number on the prior transmittal. Verify that there is a CDCR 102 for all RPID numbers listed on the Document Transmittal. Ensure that the Trust Check number and amount are listed. If any documents are missing, inform the parole custodian.
- Check the original CDCR 102's against the copies to ensure that all are received.
- Check for signatures. If the inmate/witness signature is missing on the CDCR 102 or CDCR 102-A Adjustment Form, contact the institution. A Std. 27A must be completed for CDCR 102/CDCR 102-A forms with missing inmate signatures. If the Witness signature is missing it can be obtained by institution staff.
- Sign the Document Transmittal at the Received and Verified At RAO By: section. Scan/email the Document Transmittal to the institution parole custodian. File the Document Transmittal.
- You can shred the copy of the CDCR 102's, but if a Debit Card is Voided, pull the copy of the CDCR 102 and place it with the originals and flag for scanning purposes.
- **Place the original CDCR 102's in binder and *do not* hole punch.**

**NOTE:**

✓ If a release date changes and the new date is more than five (5) days, Void the card.

✓ If the RPID number has already been activated, you will receive an error message: **"An Activated Card number cannot be activated again."** Complete the following steps:

   1. Release Cards
   2. Release Card Operation
   3. Choose:          click on arrow/drop down menu and highlight RPID.
   4. Type RPID number
   5. Load Data
   6. Identify who process the RPID. Obtain the paperwork and work with staff who processed the CDCR 102 with wrong RPID number. Example of the error could be staff transposed numbers when entering RPID and used card number in your institution's sequence of numbers.
   7. Void the RPID/debit card and record the void card number on the Debit Control Log.
   8. Contact the institution and inform them to void the card. Have staff that entered the incorrect RPID process their CDCR 102 with new RPID and supply their institution with correct RPID number.

---

**To Modify Funds:**

If the inmate *has not* received the Debit Card, subtract the full amount that was activated that you want to modify (e.g. you do not have to modify the State amount if it is the Trust portion that is being modified). Exit the initial screen before adding funds, then modify and add the full

**Debit Card Procedures**
Page 4

correct amount. If the inmate _**has**_ received his card, do the transaction for the modification amount only.

1. Release Cards
2. Release Card Operation
3. Choose: click on arrow/drop down menu and highlight RPID.
4. Type RPID number
5. Load Data
6. Select an action: click on arrow/drop down menu and highlight **Modify**
7. Verify that you have the right card
8. Select Add or Subtract: click on arrow/drop down menu and select **Subtract Funds or Add Funds.**
    - Trust - type amount in Funding Amount
    - State – type amount in Gate Amount
9. Click on Modify Card
10. Verify inmate information.
11. Click on Load Another Card
12. Type the inmate's CDCR number or RPID number.
13. Load Data
14. Do a screen print to go along with documents for review.
15. Send Bank Report to institution to show modification.

Some modifications are due to Clothing deducted from Gate Funds and inmate does not receive clothing at time of release or Transportation-Clipper Card ($10 bus pass) deducted from Gate Funds and inmate returns the card prior to leaving.

- ✓ The institution will email the CDCR 102-A (CDCR102 Release Statement Adjustment Form) the next business day after release. For Transportation, the Transit Card/Voucher # is to be listed on the Adjustment Form.

- ✓ Modify the funds within five (5) days and complete the Accounting Use Only portion of the form.

- ✓ Email a bank report listing the modification to the institution.

- ✓ The original Adjustment Form will be mailed along with the original CDCR 102. For reimbursement, the Adjustment Form will replace the CDCR 102 and the CDCR 102 will be the supporting document for the Adjustment Form.

**NOTE:**

**Reload -** Do not use the Reload function.

**To Void A Card:**

1. Release Cards
2. Release Card Operation
3. Choose: click on arrow/drop down menu and highlight RP ID.
4. Type RPID number
5. Load Data
6. Select an action: click on arrow/drop down menu and highlight **Void**
7. Verify that you have the right card
8. Click on Void Card
9. The verification screen will appear. Print Receipt.
10. Go back and put in RPID number. Will state "This selected card is not active."
11. Send an email to the institution to inform them that the card has been voided.
    Write VOID in red on the Inmate Release Listing. Draw a line across the CDCR 102 and write VOID and the reason/date.

**JPay Invoice:**

1. After the end of the month you will receive the JPay invoice report. The report is monthly by activation date. Pull the CDCR 102 from the binder and put in order by the report including Void CDCR 102's. Verify that you have a CDCR 102 for each inmate listed on the invoice report.

   If an original activation and modification were done in two different months (e.g. activated 12/30/14 and modified on 1/2/15) make a copy of the CDCR 102 to go with the January invoice. Note the amounts paid on the original CDCR 102 and the modification CDCR 102.

2. Stamp all documents with the Supporting Document stamp and place in order {Adjustment Form (if applicable), CDCR 102, Inmate Release Listing, Trust Withdrawal Listing and copy of Trust Check, zero dollar amount CDCR 102-for scanning purposes only}.

3. Return JPay invoice report to Admin along with all documents in order as listed on the report.

**INFORMATION**

For research purposes, JPay transactions are not recorded in SAP.