# EXHIBIT 6

# California Department of Corrections and Rehabilitation
## Financial Information Memo

| | |
|---|---|
| **SUBJECT:**<br>**INMATE RELEASE DEBIT CARD AND DESK PROCEDURES** | **FIM NUMBER:**<br>**2014-XX** |
| **REFERENCES:**<br>CCR Title 15, Division 3 §3075.2(d)<br>State Administrative Manual<br>Sections 8024, 8071, 8072, 8080, 8111.2,<br>8121 and 20060<br>Government Code Sections 13400-13407 | **DATE ISSUED:**<br><br>**EXPIRES:**<br>Until Rescinded |

*2nd Draft*

*Updated 10/2014 (B.U. only)*

## DISTRIBUTION
Wardens and Superintendents
Associate Wardens, Business Services
Institution Business Managers
Accounting Services Administrators

## PURPOSE

This Financial Information Memorandum (FIM) is to inform California Department of Corrections and Rehabilitation (CDCR) institutions and accounting offices that Accounting Services (AS) will utilize a debit card in lieu of cash for inmates being released or paroled.

## BACKGROUND

When inmates are released from a CDCR facility, they are eligible for up to $200 Release Allowance intended for rehabilitative purposes to assist the inmates/parolees reintegrate to society. These funds are currently distributed in cash form to inmates upon release at the 33 adult facilities, from camps and while out to court.

The use of cash requires extensive monitoring and poses an ongoing possibility of loss. During the past two years, the department has experienced multiple cash shortages in the Release Funds. Also, some institutions are unable to exchange Release Fund replenishment checks for cash / currency at the local bank branches without opening an account with the bank. AS has attempted numerous times to obtain a statewide contract with banks for this type of service but has been unsuccessful.

# California Department of Corrections and Rehabilitation
# Financial Information Memo

Inmate Release Debit Card and Desk Procedures
Page 2

## DISCUSSION

Changing from a cash system to a debit card system will produce efficiencies such as requiring fewer resources to count and reconcile cash, elimination of cash shortages and investigations, and improved tracking and reporting. We will continue to comply with the current laws and enhance the department's ability to provide services.

The attached procedures are recommended for the Institution Accounting Offices (IAO). The responsibilities and actions are defined for IAO staff to provide consistency and accountability for the issuance of Release Funds. The exhibits/forms are to provide standardization for institutions and Accounting Services. The procedures outline the requirements of the State Administrative Manual (SAM) and the Government Code (GC).

## ACTION REQUIRED

AS will initiate a pilot at specified institutions and camps to issue debit cards for paroling inmates. The pilot period (approximately 3 months) is intended to provide an opportunity for AS and IAO staff to evaluate, test and approve procedures, processes and the web-based vendor application and reports. The program will be deployed statewide after successful implementation at the selected institutions and camps.

If you have questions regarding this FIM as it relates to your organization, please contact William Bramer, Associate Director, Accounting Services at (916) 255-5740 or Elvira Melendres, Accounting Administrator III at (909) 483-1554.


SCOTT R. CARNEY
Director
Division of Administrative Services


Attachments

cc: _____, Deputy Director, Division of Adult Institutions
    _____, Deputy Director, Division of Adult Parole Offices
    J. Lopez, Deputy Director, Fiscal Services
    W. Bramer, Associate Director, Accounting Services
    E. Melendres, Accounting Administrator III

Institution Desk Procedure – Parole Release Debit Card                    Attachment #1

**Purpose:**

Accounting Services – Regional Accounting Office Bakersfield (RAO - Bakersfield) will lead a pilot to issue Debit Cards to paroling inmates in lieu of the current cash payment process. This pilot will take place at selected institutions for evaluation prior to implementing department wide upon successful testing of the pilot.

The selected locations for the pilot are:

- California Correctional Institution,
- Kern Valley State Prison,
- Wasco State Prison, and
- Sierra Conservation Center related camps.

**Overview:**

| IAO Supervisor | 1. Designate an employee to manage the inventory of institution Debit Card stock.<br>2. Provide adequate security for the safekeeping of the debit card stock.<br>3. Establish an authorization file for the debit cards (which identifies specific task/responsibilities for control, access to and distribution of debit card stock).<br>4. Verify daily issuance of the debit card stock.<br>5. Oversee and substantiate monthly reconciliation of the debit card stock.<br>6. Maintain monthly records of the reconciliation of the debit card stock. |
|---|---|
| Institution/IAO staff | 1. Maintain disbursement documents (CDC 102 Release Statements).<br>2. Maintain Inmate Release Listing and Control Log.<br>3. Provide information to RAO Bakersfield to fund the cards.<br>4. Reconcile and maintain record of cards issued daily.<br>5. Forward completed/signed CDC102 Release Statements to RAO Bakersfield.<br>6. Record debit card number on CDC102<br>7. Attach debit card envelope and instructions to CDC102<br>8. Transfer release funds packets to R&R |
| RAO - Bakersfield | 1. Establish permanent advance account with the vendor.<br>2. Ensure all sites receive contracted training from the vendor.<br>3. Designate employees to manage distribution and inventory of debit card stock, enter transactions to load funds, approve disbursements and replenish permanent advance to vendor.<br>4. Provide adequate security for the safekeeping of the debit card stock and access to the vendor's secure website.<br>5. Order Debit Cards for disbursing to institutions.<br>6. Enter data to load funds to cards and inform institution of cards to be issued.<br>7. Maintain daily records of funds loaded to debit card by cost center.<br>8. Replenish vendor/bank account for funds issued.<br>9. Schedule CDC102s for reimbursement by the State Controller.<br>10. Reconcile RAO and vendor advance account records.<br>11. Maintain monthly records of RAO/vendor reconciliation. |

**Institution Procedures/Responsibilities:**

POSITION: INSTITUTION SENIOR ACCOUNTING OFFICER – SUPERVISOR

1. Assign, train, and supervise staff to safeguard, inventory and issue the debit card stock.
2. Manage the records for the safe or vault procedures (SAM 8024)
   a. Limit access to the safe/vault.
      *Consistent with operating requirements and the value of the cash and documents safe guarded, maintain an adequate system of internal control within the institution. (Financial Integrity and State Manager's Accountability Act of 1983, Section 13400-13407 G.C.)*
      i. Maintain key/access control to debit card stock.
      ii. Custodian of the debit card stock will not have access (keys/combinations) to the institution Accounting Office <u>and</u> the safe/vault containing debit card stock.
   b. Maintain a record showing
      i. Date the safe/vault combination last was changed and,
      ii. Names of persons with keys and/or knowing the present combination
   c. Monitor conditions that would require the combination to be changed.
   d. Monitor conditions that would require the custodian to be changed.
3. Assure that the custodian records are maintained.
   a. Verify that custodian transfers are completed and debit card stock inventory is counted in double custody.
   b. Maintain a record of custodian transfer audits and transfer receipts.
   c. Assure that Receiving and Release (R&R) can secure debit cards in their possession.
      *Note: Other areas (i.e. Watch Office) may be responsible for the debit card disbursement process during weekends and holidays. Review that institution staff responsibilities document the verification and transfer of the debit cards.*
4. Review the institution R&R responsibilities.
   a. R&R officer verifies card number to CDC102.
   b. R&R officer signs release listing acknowledging transfer of debit cards and CDC102s.
   c. R&R officer signs release listing acknowledging return of signed CDC102s and any undistributed debit cards.
5. Reporting of lost/missing debit cards.
   **a.** The warden signs all notification memoranda to report lost/stolen debit card stock to RAO Bakersfield manager within 24 hours of notification of loss**.** (Per OSEA, lost card stock does not need to be reported to them.)
   b. The institution supervisor(s) responsible for the circumstances and corrective action (i.e. R&R, IAO) will document the loss information:
      i. Sequence of events.
      ii. The internal controls that failed.
      iii. The means of discovery.
      iv. Follow up(s).
      v. The corrective actions taken.
      vi. The actual or estimated dollar amount of loss.
      vii. Any punitive actions taken or being considered.
   c. The institution will coordinate with the RAO to prepare complete notifications, including progress reports.

    d. The Warden (or designated staff) is responsible for ensuring that the appropriate action regarding loss of debit cards (funded or unfunded) is completed.

6. Review Daily Reconciliations of cards issued/inventory.
   a. Verify cards issued equals cards funded.
   b. Verify debit card number is on each document.
   c. Verify release amount is on each document.
7. Forward completed, signed CDC102 to RAO Bakersfield
   a. Verify CDC102 has all applicable signatures.
   b. Verify all CDC102s listed on release listing are accounted for.
   c. Verify debit card number is on each CDC102 and release listing.
   d. Run adding machine tape of all CDC102s, must equal total on release listing.
   e. Forward to RAO-Bakersfield for processing.

POSITON: INSTITUTION STAFF

1. Receive Release Statements (CDC102 – Exhibit A) from Institution Records Office to IAO daily.
   a. Sort the CDC102's by release date.
   b. Prepare an Inmate Release Listing (Exhibit B - suggested form) for each release date of the CDC102s.
      i. Use a separate listing for the total daily amount to be disbursed.
      ii. Prepare release listing in consecutive order. The use of a Release Listing Control Log is optional. (Exhibit C – suggested form)
      iii. Listings include the CDC102 statement number, parole date, inmate's CDC number and name, State allowance, clothing deduction, net state allowance, debit card number, Trust amount, Trust check number, Trust check amount, returned funds, and signature of the R&R officer and custodian acknowledging the transfer and return of the debit cards, checks and CDC102s.
   c. Prepare Trust Fund check payable to RAO for all trust funds to be loaded on the debit card
      i. Complete Section 2.A, the Personal Resources section of the CDC102, indicating Trust amounts to be included in the debit card.
      ii. Complete the Trust amount column(s) and check number on the inmate Release Listing.
   d. Contact RAO-Bakersfield to load debit card(s) by sending release listing via email or fax.
   e. Receive confirmation report that funds were loaded to card by RAOBAK.
   f. Enter debit card RPID number on release statement and release listing.
      **Exception: RAOBAK will enter the debit card RPID numbers on release listing if the release listing is received via email in editable format (.xls).**
2. Transfer the Inmate Release Listing and CDC102s to the cashier.
   a. Verify CDC102 totals agree with Inmate Release Listing.
3. Prepare Releases for Transfer to R&R.
   a. Write the inmate number and amount of Debit Card on the envelope.
   b. Attach each Debit Card envelope and instructions to the release statement.
   c. Secure the envelopes/CDC102s in a locked box until transferred to R&R Staff.
4. Transfer the debit cards and CDC102s to R&R staff.
   a. R&R Officer picks up the release funds from the IAO.
   b. R&R Officer verifies debit card number matches number written on CDC102 in presence of the custodian and that the debit card is in a sealed envelope.
   c. Both the R&R officer and the custodian sign the inmate Release Listing acknowledging the transfer.

5. R&R staff distributes the Debit (and Trust checks if any) to the inmates.
   a. Show inmate the Debit Card Envelope and verify it is the same number on the CDC102 and the value loaded on the card listed on the CDC102.
   b. Obtain the inmate's signature on the CDC102 acknowledging receipt of the debit card, checks and/or clothing.
   c. Sign the CDC102 as a witness.
   d. Deliver any Debit Cards not distributed to an inmate **immediately** to the R&R supervisor.
6. The R&R supervisor is responsible for securing undistributed cards and CDC102s.
   a. Verify debit card and CDC102s received from R&R officer.
   b. Secure debit cards and CDC102s in a locked box or safe accessible only to the R&R supervisor.
      i. Follow standards per SAM 8024 to house negotiable and valuable documents.
   c. Record the transfer of debit cards and CDC102s to each R&R Supervisor at shift change.
      i. Establish and maintain an adequate system of internal controls (Financial Integrity and State Manager's Accountability Act of 1983, Section 13400-13407 G.C.)
7. R&R Officer delivers debit cards, checks, Inmate Release Listing(s) and the corresponding CDC102s to the IAO custodian **the next business day** (Monday through Friday) after the inmates are released.
   a. Return the completed CDC102 for each inmate on the Inmate Release Listing.
   b. Prepare a certification for CDC102s missing or not signed by the inmate and returned to the custodian. Certify that the inmate received their release funds including:
      i. Release date;
      ii. Inmate name;
      iii. Inmate number;
      iv. Amount of debit card, and;
      v. Debit card RPID#.
   c. Return the debit card and CDC102 for every inmate not released that day.
      i. R&R officer writhes the amount returned in Column E (Exhibit B2-Suggested)
      ii. Custodian verifies the returned debit card and CDC102s in the presence of the R&R officer.
   d. Custodian and R&R officer sign the Inmate Release Listing acknowledging the return of the Debit Card (and trust checks if any) and signed CDC102s.
      i. Custodian immediately notifies RAO of returned Debit Card for cancellation and instructions for card destruction/documentation.
8. Maintain adequate security of the debit cards at all times to prevent unauthorized access or use.
   a. Keep debit cards secured by the custodian (lock box) during business hours.
   b. Issue key to the lock box only to the staff responsible for releases (custodian).
   c. Place the lock box in a safe/vault during non-work hours.
   d. Control the access to the safe/vault.
   e. Document all transfers of debit cards, whether funded or unfunded.
   f. Document changes in the custodian.
9. Reconcile the debit card inventory log to the debit card issued log daily. 
   a. Complete Debit Card Reconciliation Form.
   b. Reconciliation must be verified and signed by supervisor.
   c. Monthly, custodian must inventory card stock in double custody with IAO supervisor and complete inventory reconciliation.
   d. IAO supervisor must document completion of the inventory reconciliation.
   e. File reconciliation records for all financial audits.

10. Change in debit card custodian.
    a.  Prepare a letter to RAO-Bakersfield manager stating change in debit card custodian.
    b.  New custodian completes an inventory reconciliation of debit card stock in double custody with former custodian.
    c.  Both new and former custodians sign inventory reconciliation form.
    d.  Forward letter and signed inventory form to RAO-Bakersfield manager.
    e.  File custodian transfer records for all financial audits.
11. Report loss of debit card(s) to the RAO-Bakersfield.
    a.  Notify RAO immediately.
    b.  See Institution Senior Accounting Office Supervisor, Paragraph 5.